IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Gant | ) |
|     *Plaintiff,* | ) ) ) No. 13 CV ____ |
| -vs- | ) ) *(jury demand)* |
| City of Chicago and Chicago Police Officers Frederick, #6248, and Bucki, #5827, | ) ) ) ) |
|     *Defendants.* | ) |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and §1367.

2. Plaintiff Robert Gant is a resident of the Northern District of Illinois.

3. Defendants Frederick, #6248, and Bucki, #5827, are police officers of the City of Chicago. Plaintiff sues Frederick and Bucki in their individual capacity.

4. Defendant City of Chicago is an Illinois municipal corporation. Plaintiff joins the City as the potential indemnifier of defendants Frederick and Bucki.

5. Defendants Frederick and Bucki arrested plaintiff on June 30, 2012. Plaintiff does not raise any issue about the legality of this arrest.

6. Plaintiff was recovering from eye surgery and wearing a bandage covering his left eye when Frederick and Bucki arrested him.

7. Following his arrest, plaintiff told Frederick and Bucki that he was recovering from eye surgery and required medication that had been prescribed for him by physicians at the University of Illinois Chicago hospital.

8. Frederick and Bucki ignored plaintiff's obvious need for medical care and thereby caused plaintiff to incur permanent damage to his left eye and to be deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States.

9. Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered against defendants Frederick and Bucki for appropriate compensatory and punitive damages in an amount in excess of five hundred thousand dollars, and that the Court declare that defendant City of Chicago is liable for any award of compensatory damages.

/s/ Kenneth N. Flaxman
KENNETH N. FLAXMAN
ARDC No. 830399
200 S Michigan Ave Ste 201
Chicago, IL 60604-2107
(312) 427-3200
*Attorney for Plaintiff*