# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

December 29, 2017

*By the Court:*

| No. 17-1679 | GERALDINE GILLIAM, Special Administrator for ROBERT GANT, Plaintiff - Appellant<br><br>v.<br><br>CITY OF CHICAGO, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-06231<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin ||

    Upon consideration of the **AGREED MOTION TO DISMISS**, filed on December 28, 2017, by counsel for the parties,

    **IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:



Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**(form ID: **137**)

Case: 17-1679      Document: 00713134410           Filed: 12/29/2017      Pages: 2